```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

LEWIS RANSBURGH, SR., #07834                                PLAINTIFF

VERSUS                            CIVIL ACTION NO. 3:07cv737-TSL-JCS

GLENN HAMILTON, TINA THOMPSON,
and SHELY JONES                                            DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(ii). Therefore, this dismissal will count as a "strike" under § 1915(g).

This the 17th day of January, 2008.


                                  /s/Tom S. Lee
                                  UNITED STATES DISTRICT JUDGE